AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DONALD RAMSEY, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>COINBASE GLOBAL, INC., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:21-cv-5634-VC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John T. Jasnoch
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 7/23/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-5634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

*DONALD RAMSEY v. COINBASE GLOBAL, INC., et al.*

## SCHEDULE A TO SUMMONS

COINBASE GLOBAL, INC.
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA  91203

BRIAN ARMSTRONG
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA  91203

ALESIA J. HAAS
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA  91203

JENNIFER N. JONES
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA  91203

SUROJIT CHATTERJEE
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA  91203

PAUL GREWAL
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA  91203

MARC L. ANDREESSEN
164 Elena Ave.
Atherton, CA  94027

FREDERICK ERNEST EHRSAM III
1263 Ba St.
San Francisco, CA  94123

KATHRYN HAUN
2604 Pacific Ave.
San Francisco, CA  94115

KELLY KRAMER
17115 Phillips Ave.
Los Gatos, CA 95030

GOKUL RAJARAM
22106 Linda Vista Pl.
Cupertino, CA 95014

FRED WILSON
397 W 12th St., Apt. 1
New York, NY  10014

AH CAPITAL MANAGEMENT LLC
c/o CT Corporation System
330 N Brand Blvd.
Glendale, CA  91203

PARADIGM FUND LP
c/o Paradigm Operations LP
548 Market Street
San Francisco, CA 94104

RIBBIT MANAGEMENT COMPANY, LLC
c/o Meyer Malka
364 University Ave.
Palo Alto, CA 94301

TIGER GLOBAL MANAGEMENT, LLC
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

UNION SQUARE VENTURES, LLC
c/o Corp Service Co.
251 Little Falls Dr.
Wilmington, DE 19808

VISERION INVESTMENT PTE LTD.
168 Robinson Rd.
#37-01
Capital Tower
Singapore (068912)