# EXHIBIT 3

**Coinbase Global, Inc. Loss Chart**
**Pursuant and/or Traceable to the Company's April 14, 2021 Offering**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wright, Darren | 4/14/2021 | 715 | ($400.60) | ($286,429.00) | | | | | | | | $226.08 |
| | 4/14/2021 | 32 | ($398.80) | ($12,761.60) | | | | | | | | |
| | 4/14/2021 | 1,500 | ($398.80) | ($598,200.00) | | | | | | | | |
| | | 2,247 | | ($897,390.60) | | | | | 2,247 | $508,001.76 | ($389,388.84) | |