# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Steven E. Brietman** | 04/14/2021 | 161 | $393.69 | $63,384.09 | held | 2,000 | $226.08 | $452,160.00 | |
| | 04/14/2021 | 200 | $393.69 | $78,738.00 | | | | | |
| | 04/14/2021 | 87 | $393.69 | $34,251.03 | | | | | |
| | 04/14/2021 | 80 | $393.69 | $31,495.20 | | | | | |
| | 04/14/2021 | 100 | $393.93 | $39,393.00 | | | | | |
| | 04/14/2021 | 10 | $393.89 | $3,938.90 | | | | | |
| | 04/14/2021 | 100 | $393.93 | $39,393.00 | | | | | |
| | 04/14/2021 | 100 | $393.93 | $39,393.00 | | | | | |
| | 04/14/2021 | 162 | $393.93 | $63,816.66 | | | | | |
| | 04/22/2021 | 707 | $311.00 | $219,877.00 | | | | | |
| | 04/22/2021 | 70 | $311.00 | $21,770.00 | | | | | |
| | 04/22/2021 | 223 | $311.00 | $69,353.00 | | | | | |
| **Movant's Total** | | **2,000** | | **$704,802.88** | | **2,000** | | **$452,160.00** | **($252,642.88)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed.
 The price used is $226.08 as of July 22, 2021.

Prices listed are rounded up to two decimal places.