POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
Stanislav Voronov and Proposed Lead
Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD RAMSEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, JENNIFER N. JONES, SUROJIT CHATTERJEE, PAUL GREWAL, MARC L. ANDREESSEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, FRED WILSON, AH CAPITAL MANAGEMENT LLC, PARADIGM FUND LP, RIBBIT MANAGEMENT COMPANY, LLC, TIGER GLOBAL MANAGEMENT, LLC, UNION SQUARE VENTURES, LLC, and VISERION INVESTMENT PTE LTD.<br><br>Defendants. | Case No.: 3:21-cv-05634-VC<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF STANISLAV VORONOV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  October 28, 2021<br>Time:  2:00 p.m.<br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4 – 17th Floor |

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD COUNSEL - 3:21-cv-05634-VC; 4:21-cv-06049-YGR; 4:21-cv-06149-YGR

| | |
|---|---|
| GABBY KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, JENNIFER N. JONES, SUROJIT CHATTERJEE, PAUL GREWAL, MARC L. ANDREESSEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, and FRED WILSON,<br><br>Defendants. | Case No.: 4:21-cv-06049-YGR<br><br>CLASS ACTION |
| MATTHEW CATTERLIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, SUROJIT CHATTERJEE, PAUL GREWAL, ALESIA HAAS, MARC ANDREESSEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, FRED WILSON, AH CAPITAL, LLC, PARADIGM FUND LP, RIBBIT MANAGEMENT COMPANY, LLC, TIGER GLOBAL MANAGEMENT, LLC, UNION SQUARE VENTURES, LLC, and VISERION INVESTMENT PTE LTD,<br><br>Defendants. | Case No.: 4:21-cv-06149-YGR<br><br>CLASS ACTION |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Stanislav Voronov ("Voronov"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Voronov's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Voronov's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Chart reflecting the financial interest of Voronov in the Related Actions;

Exhibit B: Press release published over *Business Wire* on July 22, 2021, announcing the pendency of the first-filed of the above-captioned Related Actions;

Exhibit C: Shareholder Certification executed by Voronov;

Exhibit D: Declaration executed by Voronov; and

Exhibit E: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 20, 2021, at Calabasas, California.

                                                                                   */s/ Jennifer Pafiti*
                                                                                   Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 3:21-cv-05634-VC; 4:21-cv-06049-YGR; 4:21-cv-06149-YGR

**PROOF OF SERVICE**

I hereby certify that on September 20, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti