# EXHIBIT A

**Coinbase Global, Inc. (COIN)**
**Class Period: Pursuant and/or traceable to offering on April 14, 2021**
**IPO Price: $381.00/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 7/22/2021 Closing Price $226.0800 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Voronov, Stanislav | 4/14/2021 | 350 | $381.0000 | ($133,350) | | | | | 350 | $79,128 | ($54,222) |