# EXHIBIT B





# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Coinbase Global Inc. (NASDAQ: COIN)

July 22, 2021 10:30 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against Coinbase Global Inc. (NASDAQ: COIN) ("Coinbase" or the "Company"), certain Coinbase directors and officers, and each of the venture capital firms that benefitted from Coinbase's April 2021 direct offering (the "Offering"), alleging violations of §§11, 12(a)(2) and 15 of the U.S. Securities Act of 1933, 15 U.S.C. §§ 77k, 77l(a)(2), and 77o. **If you purchased Coinbase common stock pursuant and/or traceable to the Offering, you are encouraged to contact Scott+Scott attorney Jonathan Zimmerman at (888) 398-9312 for more information.**

Coinbase is the largest cryptocurrency exchange in the United States. As of the Company's offering, the Coinbase platform was used by approximately 43 million retail users, 7,00 institutions, and 115,000 ecosystem partners in over 100 countries.

On April 14, 2021, Coinbase went public through the Offering, making available 114,850,769 shares of its Class A common stock to the general public. Coinbase shares began trading on the NASDAQ at $381.00 per share.

According to the complaint, the registration statement and prospectus used to effectuate the Company's Offering were false and misleading and omitted to state that, at the time of the Offering: (1) Coinbase required a sizeable cash injection; (2) Coinbase's platform was susceptible to service-level disruptions, which were increasingly likely to occur as the Company scaled its services to a larger user base; and (3) as a result of the foregoing, the positive statements about the Company's business, operations and prospects were materially misleading and/or lacked a reasonable basis.

As the truth about the Company's need to raise cash and its platform's limitations reached the market, the value of Coinbase's shares declined dramatically. By the commencement of the action, Coinbase's shares traded as low as $208.00 per share, or over 45% below the April 14, 2021 opening price of $381.00 per share.

**Lead Plaintiff Deadline**

The Lead Plaintiff deadline in this action is September 20, 2021. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class. The case is pending in the Northern District of California under docket number 3:21-cv-05634.

**What You Can Do**

If you purchased **Coinbase common stock pursuant and/or traceable to the Company's Offering**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or jzimmerman@scott-scott.com.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

Contacts

**Jonathan Zimmerman**

Scott+Scott Attorneys at Law LLP

230 Park Avenue, 17th Floor, New York, NY 10169-1820

(888) 398-9312

jzimmerman@scott-scott.com

#Hashtags

#securities   #COIN   #Coinbase