# EXHIBIT C

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Stanislav Voronov, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s) and adopt its allegations. I have authorized the filing of a motion for appointment as lead plaintiff.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that my ability to share in any recover as a member of the class is not dependent upon execution of this Certification.

4. My transactions during the Class Period in the securities that are the subject of this action are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any cause brought under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

By: *Stanislav Voronov*
Stanislav Voronov (Aug 19, 2021 16:37 EDT)

Stanislav Voronov

Dated: Aug 19, 2021 _____

**Coinbase Global, Inc. (COIN)**　　　　　　　　　　　　　　　　　　　　**Voronov, Stanislav**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/14/2021 | 350 | $381.0000 |