**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Hsiu-Mei Yu*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAMSEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, JENNIFER N. JONES, SUROJIT CHATTERJEE, PAUL GREWAL, MARC L. ANDREESSEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, FRED WILSON, AH CAPITAL MANAGEMENT LLC, PARADIGM FUND LP, RIBBIT MANAGEMENT COMPANY, LLC, TIGER GLOBAL MANAGEMENT, LLC, UNION SQUARE VENTURES, LLC, and VISERION INVESTMENT PTE LTD.,<br><br>Defendants. | Case No.: 3:21-cv-05634-VC<br><br>**SUPPLEMENTAL DECLARATION OF HSIU-MEI YU IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:         October 28, 2021<br>Time:         2:00 p.m.<br>Courtroom:  4-17th Floor<br>Judge:        Hon. Vince Chhabria |

SUPPLEMENTAL DECLARATION OF HSIU-MEI YU IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

| | | |
|---|---|---|
| GABBY KLEIN, Individually and on Behalf of All Others Similarly Situated, | | Case No.: 4:21-cv-06049-YGR |
| Plaintiff, | | |
| v. | | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, JENNIFER N. JONES, SUROJIT CHATTERJEE, PAUL GREWAL, MARC L. ANDREESSEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, and FRED WILSON, | | |
| Defendants. | | |
| MATTHEW CATTERLIN, Individually and on Behalf of All Others Similarly Situated, | | Case No.: 4:21-cv-06149-YGR |
| Plaintiff, | | |
| v. | | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, SUROJIT CHATTERJEE, PAUL GREWAL, ALESIA HAAS, MARC ANDREESSEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, FRED WILSON, AH CAPITAL, LLC, PARADIGM FUND LP, RIBBIT MANAGEMENT COMPANY, LLC, TIGER GLOBAL MANAGEMENT, LLC, UNION SQUARE VENTURES, LLC, and VISERION INVESTMENT PTE LTD., | | |
| Defendants. | | |

SUPPLEMENTAL DECLARATION OF HSIU-MEI YU IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

1  I, Hsiu-Mei Yu, pursuant to 28 U.S.C. § 1746, declare as follow:

2  1.  I reaffirm the statements made in my declaration filed in support of my motion and
3  respectfully submit this Supplemental Declaration in further support of my motion for appointment as
4  Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Coinbase Global,
5  Inc. ("Coinbase" or the "Company") and the other above-captioned defendants. I have personal
6  knowledge about the facts stated herein and could competently testify to them if called to do so.

7  2.  On September 13, 2021, I learned that Levi & Korsinsky, LLP ("Levi & Korsinsky")
8  was investigating potential claims against Coinbase, certain members of Coinbase's management, and
9  the other captioned defendants. I contacted Levi & Korsinsky that same day to consult the firm about
10 its investigation and evaluate my potential claims against Coinbase and any other defendants.

11  3.  On September 13, 2021, I also learned that WeissLaw LLP ("WeissLaw") was
12 investigating a lawsuit against Coinbase. I was not aware that this was the same lawsuit being
13 investigated by Levi & Korsinsky and mistakenly believed it was a separate matter. Given my
14 substantial loss, I contacted WeissLaw about its investigation.

15  4.  On September 14, 2021, I was contacted by Melissa Muller, an attorney at Levi &
16 Korsinsky, about my interest in the Coinbase lawsuit. She and I discussed, among other things, the
17 claims being pursued against Coinbase, my transactions in Coinbase stock and the duties and
18 responsibilities of a lead plaintiff. I also negotiated, on behalf of myself and the Class I seek to
19 represent, a favorable retainer agreement containing a cap on any fee that Levi & Korsinsky may collect
20 (subject to the Court's approval) in the event of a successful recovery.

21  5.  On September 17, 2021, after becoming satisfied that Levi & Korsinsky's significant
22 experience in securities cases would benefit the class, I decided to retain Levi & Korsinsky to represent
23 me and authorized Levi & Korsinsky to file a motion for lead plaintiff on my behalf in the Actions.

24  6.  On September 19, 2021, Levi & Korsinsky sent me a copy of a complaint filed against
25 Coinbase to review. I then signed a client retainer, certification, and declaration in support of my lead
26 plaintiff motion with Levi & Korsinsky.

27  7.  After I initially contacted WeissLaw, the firm emailed me a copy of the Coinbase class
28 action complaint that their firm had filed. The complaint sent to me by WeissLaw was not the same

complaint I received from Levi & Korsinsky. Believing that the action WeissLaw filed was separate from the action Levi & Korsinsky was pursuing, I signed a certification with WeissLaw to increase my chances of recouping my losses.

8. On September 21, 2021, my counsel at Levi & Korsinsky alerted me that WeissLaw had filed a motion for lead plaintiff on my behalf and on behalf of another individual in the Actions. I was previously unaware that WeissLaw filed a motion for lead plaintiff on my behalf in the Actions or that WeissLaw filed the motion on behalf of another individual in addition to myself. It was at that point I understood that Levi & Korsinsky and WeissLaw were pursuing the same lawsuit.

9. On September 21, 2021, I instructed WeissLaw to immediately withdraw the motion they filed on my behalf and that I wished to only be represented by Levi & Korsinsky.

10. I am committed to retaining Levi & Korsinsky as counsel in this matter and am committed to pursuing this case as a lead plaintiff on behalf of a Class of similarly situated investors.

11. Prior to the filing of the lead plaintiff motions on September 20, 2021, I understood that:

   a. I would be entrusted with the prosecution of these actions on behalf of not only myself, but on behalf of other class members whose interests are at stake;

   b. the lead plaintiff is to take an active role in the prosecution of the case, including supervising the conduct of counsel to ensure that the progress of the case is handled in an efficient manner, and monitoring the status and progress of this action;

   c. the lead plaintiff role includes evaluating the strengths and weaknesses of the case and the prospects for the resolution for this matter, with the assistance of counsel; and

   d. it is my responsibility to direct counsel with respect to this litigation after receiving the benefit of counsel's advice.

12. I have reviewed Levi & Korsinsky's firm website and the firm resume and believe it to be highly experienced, capable counsel in prosecuting securities class action lawsuits such as this. Accordingly, I request the Court appoint Levi & Korsinsky as lead counsel to represent my interest, as

1  well as those of the putative Class.

2      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United

3  States of America that the foregoing is true and correct.

5  Executed On: 9/30/2021

7  Signed: 余秀玖
8  DocuSigned by: 02B0B3DDD48A4CA...

10  Name: Hsiu-Mei Yu

---

3

SUPPLEMENTAL DECLARATION OF HSIU-MEI YU IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF