LATHAM & WATKINS LLP
Matthew Rawlinson (Bar No. 231890)
  matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
T: (650) 463-3076

Gavin M. Masuda (Bar No. 260480)
  gavin.masuda@lw.com
Morgan E. Whitworth (Bar No. 304907)
  morgan.whitworth@lw.com
Cindy Guan (Bar No. 317036)
  cindy.guan@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
T: (415) 391-0600 / F: (415) 395-8095

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: (202) 637-2200

*Attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | No. 5:21-cv-05634-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND REVISING BRIEFING SCHEDULE** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND
REVISING BRIEFING SCHEDULE
CASE NO. 5:21-cv-05634-EJD

Pursuant to Local Rules 6-2 and 7-12, Lead Plaintiff Hsiu-Mei Yu ("Plaintiff") and Defendants Coinbase Global, Inc., ("Coinbase"), Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on July 22, 2021, Donald Ramsey filed a putative securities fraud class action (Dkt. No. 1) asserting claims under the Securities Act of 1933, which is governed by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4 *et seq.*) (the "PSLRA"), and the case was assigned to the Honorable Vince Chhabria (Dkt. No. 5);

**WHEREAS**, the Parties submitted a joint Stipulation and Proposed Order Extending Time to Respond to Complaint and Vacating Certain Deadlines on September 15, 2021 (Dkt. No. 11), which Judge Chhabria granted, with modifications, on September 20, 2021 (Dkt. No. 12);

**WHEREAS**, on October 28, 2021, following the hearing on the motion to appoint lead counsel, Judge Chhabria set the following briefing schedule: Plaintiff's Consolidated Complaint due December 20, 2021 ("Complaint"), Defendants' Motion to Dismiss due February 1, 2022 ("Motion"), Plaintiff's Opposition to the Motion due March 1, 2022 ("Opposition"), Defendants' Reply in Support of their Motion due March 22, 2022 ("Reply"), and oral argument scheduled for April 14, 2022 (Dkt. No. 86);

**WHEREAS**, on November 5, 2021, Judge Chhabria appointed Hsiu-Mei Yu as Lead Plaintiff (Dkt. No. 87);

**WHEREAS**, on December 20, 2021, Plaintiff filed the Amended Complaint (Dkt. No. 90);

**WHEREAS**, on January 21, 2022, Judge Chhabria issued an Order of Recusal, directed that the matter be reassigned pursuant to the Assignment Plan, and vacated all pending dates of motions, pretrial conferences, and trial (Dkt. No. 99);

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND
REVISING BRIEFING SCHEDULE
CASE NO. 5:21-cv-05634-EJD

**WHEREAS**, on January 24, 2022, pursuant to the Order Reassigning Case, the matter was reassigned to the Honorable Edward J. Davila. All hearing and trial dates were vacated, but existing briefing schedules remain unchanged (Dkt. No. 100);

**WHEREAS**, the Parties have met and conferred and agreed to extend the date for the filing of the Motion from February 1, 2022 to February 8, 2022, the date for the filing of Plaintiff's Opposition from March 1, 2022 to March 8, 2022, and the date for the filing of Defendants' Reply from March 22, 2022 to March 29, 2022;

**WHEREAS**, the Parties agree that modest extensions of the briefing deadlines are warranted in light of the foregoing changes in judicial assignment, the Parties' need to reserve a hearing date with this Court, and to allow the Parties adequate time for briefing;

**WHEREAS**, this extension of time will not alter the date of any other event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule will be modified as follows:

1. Defendants shall file their Motion to Dismiss the Complaint by February 8, 2022.
2. Plaintiff shall file her Opposition to Defendants' Motion to Dismiss by March 8, 2022.
3. Defendants shall file their Reply in Support of their Motion to Dismiss by March 29, 2022.
4. The Parties shall reserve a hearing date for Defendants' Motion to Dismiss pursuant to the Court's standing order.

2

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND
REVISING BRIEFING SCHEDULE
CASE NO. 5:21-cv-05634-EJD

Dated: January 26, 2022     Respectfully submitted,

LATHAM & WATKINS LLP

By /s/Matthew Rawlinson
Matthew Rawlinson (Bar No. 231890)
  matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
T: (650) 463-3076

Gavin M. Masuda (Bar No. 260480)
  gavin.masuda@lw.com
Morgan E. Whitworth (Bar No. 304907)
  morgan.whitworth@lw.com
Cindy Guan (Bar No. 317036)
  cindy.guan@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
T: (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: (202) 637-2200

*Attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson*

LEVI & KORSINSKY, LLP

By /s/ *Adam M. Apton*
Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

3

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND
REVISING BRIEFING SCHEDULE
CASE NO. 5:21-cv-05634-EJD

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                  Honorable Edward J. Davila
                                                  UNITED STATES DISTRICT JUDGE

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

DATED: January 26, 2022                */s/ Matthew Rawlinson*
                                             Matthew Rawlinson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND
REVISING BRIEFING SCHEDULE
CASE NO. 5:21-cv-05634-EJD