LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Hsiu-Mei Yu and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | No. 5:21-cv-05634-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE PROPOSED SUR-REPLY** |

Pursuant to Civil L.R. 7-11 and L.R. 7-3(d), Lead Plaintiff Hsiu-Mei Yu ("Plaintiff") and Defendants Coinbase Global, Inc., ("Coinbase"), Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on February 8, 2022, Defendants filed a motion to dismiss Plaintiff's Amended Complaint dated December 20, 2021 (ECF No. 105);

**WHEREAS**, on March 15, 2022, Plaintiff opposed Defendants' motion to dismiss (ECF No. 108);

**WHEREAS**, on March 23, 2022, the Ninth Circuit decided *Weston Family Partnership LLLP v. Twitter, Inc.*, 29 F.4th 611 (9th Cir. 2022);

1    **WHEREAS**, on April 12, 2022, Defendants filed a brief in reply and further support of their motion to dismiss. Defendants cited to and relied upon *Twitter*, *supra*, in their reply brief (ECF No. 110);

**WHEREAS**, on May 2, 2022, the Ninth Circuit denied petitions for rehearing and rehearing *en banc* in *Pirani v. Slack Technologies, Inc.*, No. 20-16419, 2022 U.S. App. LEXIS 11846 (9th Cir. May 2, 2022);

**WHEREAS**, the Parties agree that Plaintiff should receive leave to file a sur-reply brief addressing the Ninth Circuit's decisions in *Twitter* and *Slack Technologies* given that she was unable to do so at the time of her opposition because neither decision had been published;

**NOW, THEREFORE**, pursuant to Civil L.R. 7-11 and L.R. 7-3(d), the Parties hereby stipulate, subject to Court approval, that Plaintiff shall be granted leave to file the proposed sur-reply brief attached hereto as Exhibit A.

Dated: May 12, 2022                    Respectfully submitted,

LEVI & KORSINSKY, LLP

By: s/ Adam M. Apton
Adam M. Apton (SBN 316506)
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

LATHAM & WATKINS LLP

By: s/ Morgan E. Whitworth
Morgan E. Whitworth (Bar No. 304907)
  *morgan.whitworth@lw.com*
Cindy Guan (Bar No. 317036)
  *cindy.guan@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
T: (415) 391-0600

Matthew Rawlinson (Bar No. 231890)
  matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
T: (650) 463-3076

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: (202) 637-2200

*Attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 12, 2022

Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

### FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

DATED: May 12, 2022          */s/ Adam M. Apton*
                              Adam M. Apton