LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Hsiu-Mei Yu and Lead Counsel for the Class*

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | No. 5:21-cv-05634-TLT<br><br>**JOINT STATUS REPORT** |

Lead Plaintiff Hsiu-Mei Yu ("Plaintiff") and Defendants Coinbase Global, Inc., ("Coinbase"), Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively "Individual Defendants," together with Coinbase, "Defendants," and together with Plaintiff, the "Parties") submit this Joint Status Report pursuant to the Stipulation and Order Staying Case dated January 19, 2023. ECF No. 124 (the "Order").

On June 1, 2023, the Supreme Court issued its decision in *Slack Technologies, LLC v. Pirani*, No. 22-200, 2023 U.S. LEXIS 2301 (June 1, 2023) ("*Slack*"). The Supreme Court held that, to establish liability under Section 11 of the Securities Act, a plaintiff must "plead and prove that he purchased shares traceable to the allegedly defective registration statement." *Id*. at *18. Consequently, the Supreme Court vacated the Ninth Circuit's decision and remanded the case to the appellate court to decide (1) whether the plaintiff adequately alleged that he purchased shares

traceable to the defendants' registration statement for the purposes of stating a claim under Section 11 of the Securities Act and (2) whether similar allegations of tracing are necessary for the purposes of pleading a claim under Section 12 of the Securities Act. *Id*. & n.3.

On June 9, 2023, the parties met and conferred concerning *Slack* and the best course of action to take in terms of resuming litigation in this action. The parties agree that given the importance of the Ninth Circuit's decision on these two issues and the overlap they have with the case at bar, the action should remain stayed.

On June 12, Slack filed an unopposed motion for supplemental briefing in the Ninth Circuit. *See* Mot. for Suppl. Br. (ECF No. 81), *Pirani v. Slack Techs., Inc.*, No. 20-16419 (9th Cir. June 12, 2023). The *Slack* parties represented that the Section 12 tracing question is "a pure question of law" that should be addressed in the Ninth Circuit, rather than the district court, in "the interest[] of judicial efficiency." *Id.* at 5-6. The *Slack* parties also proposed a briefing schedule for supplemental briefs that would conclude 120 days after the Ninth Circuit rules on the motion for supplemental briefing. *Id.* at 7-8.

In light of the foregoing and with the Court's permission, the parties respectfully request that the case remain stayed pending the Ninth Circuit's decision on the remanded questions. The parties will meet and confer once the Ninth Circuit issues a decision and submit a further joint status report within 14 days.

Dated: June 15, 2023

Respectfully submitted,

LEVI & KORSINSKY, LLP

By: *s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | |
| 2 | LATHAM & WATKINS LLP |
| 3 | By: *s/ Morgan E. Whitworth* |
| | Morgan E. Whitworth (Bar No. 304907) |
| 4 |    *morgan.whitworth@lw.com* |
| | 505 Montgomery St., Suite 2000 |
| 5 | San Francisco, CA 94111 |
| | T: (415) 391-0600 |
| 6 | |

LATHAM & WATKINS LLP

By: *s/ Morgan E. Whitworth*
Morgan E. Whitworth (Bar No. 304907)
  *morgan.whitworth@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
T: (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
  *susan.engel@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
T: (202) 637-2200

Matthew Rawlinson (Bar No. 231890)
  *matt.rawlinson@lw.com*
140 Scott Drive
Menlo Park, CA 94025
T: (650) 463-3076

*Attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: June 15, 2023          */s/ Adam M. Apton*
                                                    Adam M. Apton

3